JOSEPH SYRE, PERRY SYRE, MEHELA SYRE, EPHRAIM SYRE, otherwise called Joseph Downs, and so on Downs to all the rest, v. PHILIP D. FIDDEMAN.

High Court of Errors and Appeals.   June 13, 1829.

*Ridgely's Notebook V, 556.*

JOSEPH VANNINI, ARCHIBALD McINTYRE, and JOHN B. YATES v. PAINE, BURGESS, JAMES MONAGHAN, JAMES KELTON, and the PRESIDENT AND MANAGERS OF THE GAP AND NEWPORT TURNPIKE COMPANY.

Court of Chancery.   New Castle.   July 16, 1829.

*Ridgely's Notebook V, 582.*

*Mr. Latimer,* solicitor for Paine and Burgess, reads the bill and answer.   2 Ves. & Bea. 101, *Bliss v. Boscawen,* the plaintiff having obtained an injunction amends the bill and added another party;   the injunction is gone, unless it is sustained by the terms of the order expressing that it is to be without prejudice to the injunction.   3 Ves. & Bea. 144.   Eden Inj. 120.   It is now well understood that an injunction drops of course upon the plaintiff's (2 Sch. & Lef. 515) amending the bill (2 Ves. & Bea. 102).